## Clinton HOWARD, Plaintiff-Appellant,

v.

## Earl DUPONT and Johnny Bonton, Defendants-Appellees.

No. 78–1876

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 19, 1979.

Clinton Howard, pro se.

J. Marvin Montgomery, Asst. Atty. Gen., Baton Rouge, La., for defendants-appellees.

Before GOLDBERG, RONEY and TJOFLAT, Circuit Judges.

PER CURIAM:

Clinton Howard, an inmate of the Louisiana State Penitentiary at Angola, filed a *pro se* complaint in the district court alleging that despite Howard's request for protection, appellees failed to protect him from another inmate, and that as a result Howard was attacked by the other inmate with a razor blade and severely injured, in violation of 42 U.S.C.A. § 1983 (1970). His complaint was dismissed pursuant to a procedure this Court reviewed and found deficient in *Mitchell v. Beaubouef,* 581 F.2d 412 (5th Cir. 1978), *cert. denied* —— U.S. ——, 99 S.Ct. 2416, 60 L.Ed.2d 1072 (1979). *See, e. g. Hurst v. Phelps,* 579 F.2d 940 (5th Cir. 1978).

We, therefore, vacate the dismissal of Howard's complaint and remand for reconsideration by the district court in light of the procedural dictates set forth in *Mitchell v. Beaubouef.*

VACATED and REMANDED.